**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LUIS A. BERRIOS, III,** : | **CIVIL ACTION** |
|     **Plaintiff,** : | |
| : | |
| v. : | No.:   **12-cv-7245** |
| : | |
| **POLICE OFFICER MICHAEL GENTILE,** and : | |
| **POLICE OFFICER ROBERT TAVAREZ,** : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this   **25TH**   day of February, 2016, upon consideration of Plaintiff's motion to set aside the verdict and grant a new trial (ECF No. 69), and Defendants' response thereto (ECF No. 72), IT IS HEREBY ORDERED that Plaintiff's motion is DENIED, as outlined in the accompanying memorandum opinion.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE